**LAW OFFICES OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI**
7112 Agora Way
El Dorado Hills, CA 95762
Phone: (916) 939-7357
Fax: (916) 939-2721

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR<br><br>Plaintiffs,<br><br>vs.<br><br>City of Davis; City of Davis Police Department; City of Davis Police Detective Jeff Beasley; City of Davis Police Detective Scott Smith; City of Davis Detective Mike Moore; Brittany Corrales; Sandeep Dhariwal<br><br>Defendants. | CASE NO. 2:10-cv-197 JAM JFM<br><br>**ORDER**<br><br>Honorable District Judge John A. Mendez |

Plaintiffs' request to Modify the Filing Date of the Complaint from January 26, 2010 to January 25, 2010 is:

Granted_____X_____         Denied_____

                                 Dated:

/s/ John A. Mendez_____        01/27/2010_____

Honorable District Judge

PDF created with pdfFactory trial version www.pdffactory.com