**LAW OFFICES OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI**
7112 Agora Way
El Dorado Hills, CA 95762
Phone: (916) 939-7357
Fax: (916) 939-2721

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Davis; City of Davis Police Department; City of Davis Police Detective Jeff Beasley; City of Davis Police Detective Scott Smith; City of Davis Detective Mike Moore,<br><br>Defendants. | CASE NO. 2:10-cv-197 JAM JFM<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF YOLO COUNTY CASE (CASE NUMBER P010-150)**<br><br>Honorable District Judge John A. Mendez |

## STIPULATION

In furtherance of judicial economy, to avoid potentially unnecessary expense, and for the reasons stated in CITY Defendants' Joinder Brief (Docket #17), Plaintiffs, MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR and Defendants, CITY OF DAVIS, CITY OF DAVIS POLICE DEPARTMENT, JEFF BEASLEY, SCOTT SMITH and MIKE MOORE, through undersigned counsel, hereby enter into an agreement to stay all proceedings against Defendants,

1

CITY OF DAVIS, CITY OF DAVIS POLICE DEPARTMENT, JEFF BEASLEY, SCOTT SMITH and MIKE MOORE in this case pending final resolution of ongoing litigation in the Yolo County Superior Court Case, *Corrales vs. Noori, Case No. P010-150* that was filed on January 21, 2010.  The parties further agree that this stay shall not otherwise alter the substantive and other procedural rights of the Plaintiffs and Defendants in this action.  The parties will notify the Court within 20 days of the state action's final disposition, including their position(s) as to any effect(s) thereof on the federal action.

Dated: August 16, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Wazhma Mojaddidi | /s/ Bruce Kilday |
| Wazhma Mojaddidi | Bruce Kilday |
| Law Office of Wazhma Mojaddidi | Angelo, Kilday & Kilduff |
| 7112 Agora Way | Attorneys at Law |
| El Dorado Hills, CA 95762 | 601 University Avenue, Suite 150 |
| | Sacramento, CA 95825 |
| Attorney for Plaintiffs, | Attorneys for Defendants, |
| OMAR ATEBAR, MOSTAFA NOORI and SELAIMAN NOORI | CITY OF DAVIS, CITY OF DAVIS POLICE DEPARTMENT, JEFF BEASLEY, SCOTT SMITH, MIKE MOORE |

## ORDER

Pursuant to the Stipulation and with good cause appearing, IT IS SO ORDERED.

/s/ John A. Mendez
HONORABLE JUDGE JOHN A. MENDEZ

August 16, 2010
DATE

2

PDF created with pdfFactory trial version www.pdffactory.com