ROBERT A. BUCCOLA, ESQ. / SBN 112880
STEVEN M. CAMPORA, ESQ. / SBN 110909
CATIA G. SARAIVA, ESQ. / SBN 232497
**DREYER BABICH BUCCOLA WOOD**, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Defendant BRITTANY CORRALES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DAVIS; CITY OF DAVIS POLICE DEPARTMENT; CITY OF DAVIS POLICE DETECTIVE JEFF BEASLEY; CITY OF DAVIS POLICE DETECTIVE SCOTT SMITH; CITY OF DAVIS DETECTIVE MIKE MOORE; BRITTANY CORRALES; SANDEEP DHARIWAL<br><br>Defendants. | Case No.: 2:10-CV-00197-JAM-JFM<br><br>**ORDER GRANTING DEFENDANT'S, BRITTANY CORRALES' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>DATE:   October 20, 2010<br>TIME:    9:30 a.m.<br>DEPT:   Courtroom 6<br>BEFORE: Hon. John A. Mendez |

The motion of Defendant, Brittany Corrales, for Attorneys' Fees and Costs came on regularly for hearing on October 20, 2010 at 9:30 a.m., in Courtroom 6, the Honorable John A. Mendez, Judge, presiding. Catia G. Saraiva appeared on behalf of Defendant and Moving Party, Brittany Corrales; Wazhma Mojaddidi appeared on behalf of Plaintiffs Mostafa Noori, Selaiman Noori, and Omar Atebar. Kathryn K Druliner attempted to make a "special appearance" on behalf of the Plaintiffs; however, the Court found that she had no standing to appear in this case, as Ms. Druliner admitted that she was not the attorney of record for any of the plaintiffs. There were no other appearances.

PDF created with pdfFactory trial version www.pdffactory.com

The instant motion arises from Defendant's special motion to strike Plaintiffs' complaint pursuant to California Code of Civil Procedure §425.16 (Anti-SLAPP actions). On January 26, 2010[1], Plaintiffs Mostafa Noori, Selaiman Noori, and Omar Atebar filed a complaint against the Defendants, City of Davis, City of Davis Police Department, certain detectives, and Defendants Brittany Corrales and Sandeep Dhariwal alleging six causes of action alleging false arrest, false imprisonment, malicious prosecution, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress. (Docket Report, Item 1.) In response, on June 7, 2010, Defendant, Brittany Corrales filed a Motion to Dismiss and a special Motion to Strike pursuant to California's Anti-SLAPP Statute, California Code of Civil Procedure §425.16. (Docket Report, Item 13.) The motion was set to be heard on August 18, 2010. No opposition to the motion was ever filed and instead, on August 4, 2010, while Defendant's special Motion to Strike was pending, the Plaintiffs filed a voluntary dismissal of their complaint. (Docket Report, Item 22.)

On August 13, 2010, Defendant Brittany Corrales filed a Motion for Attorney's Fees and Costs pursuant to California Code of Civil Procedure §425.16(c)(1) as the prevailing party.

The Court having read and reviewed the papers filed in support of and in opposition to the motion, specifically including, but not limited to, all objections, having heard the argument of counsel and the matter having been submitted, finds and orders as follows:

Defendant, Brittany Corrales, has met the burden of proving that the allegations in Plaintiffs' complaint concerning Defendant's, Brittany Corrales', conduct relate to protected conduct, specifically Defendant's right to petition and free speech under the United States and California Constitutions in connection with a public issue, as defined by C.C.P. §425.16(b)(1).

Since Defendant met her burden of proving that Plaintiffs' complaint concerns protected conduct under C.C.P. §425.16(b)(1), the burden shifted to the Plaintiffs to show

---

[1] Plaintiffs requested to modify filing date of complaint from January 26, 2010 to January 25, 2010 due to technical difficulties with Court's filing system. Court modified filing date to January 25, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

by competent and admissible evidence that there was a probability that the Plaintiffs would prevail on their causes of action against Defendant Corrales.  The Court having reviewed the Declarations of Wazhma Mojaddidi, Esq. and the Declaration of Dain Weiner, Esq. finds that Plaintiffs failed to meet their burden of showing by competent and admissible evidence that there was a probability they would prevail on any of the causes of action against Defendant Corrales.

The Plaintiffs having failed to meet their burden, the Court finds that the Defendant's special motion to strike pursuant to California Code of Civil Procedure §425.16 was well taken and the Complaint would have been stricken as to Defendant, Brittany Corrales.  Therefore, Defendant Brittany Corrales is entitled to attorney's fees pursuant to California Code of Civil Procedure §425.16(c).

THE COURT ORDERS AS FOLLOWS:  Defendant, Brittany Corrales' Motion for Attorney's Fees and Costs is granted.  Defendant Corrales is awarded $7,750.00 in attorneys' fees.

IT IS SO ORDERED.

Date:  October 26, 2010

/s/ John A. Mendez\
 JUDGE JOHN A. MENDEZ\
 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com