UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DAVIS; CITY OF DAVIS POLICE DEPARTMENT; CITY OF DAVIS POLICE DETECTIVE JEFF BEASLEY; CITY OF DAVIS POLICE DETECTIVE SCOTT SMITH; CITY OF DAVIS DETECTIVE MIKE MOORE, BRITTANY CORRALES; SANDEEP DHARIWAL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:10-CV-00197-JAM-JFM<br><br>APPLICATION AND REVISED ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTORS MOSTAFA NOORI, SELAIMAN NOORI, AND OMAR ATEBAR |

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

Defendant and Judgment Creditor SANDEEP DHARIWAL, by and through her attorneys of record, and pursuant to Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure section 708.110, applies for an Order requiring MOSTAFA NOORI, SELAIMAN NOORI, and OMAR ATEBAR to appear and furnish information to aid in the enforcement of the money judgment entered against them.

The persons to be examined are the judgment debtors herein. On information and belief, the persons to be examined reside or have a place of business in this county or within 150 miles of the place of examination.

On February 15, 2011, the Court issued an Order requiring judgment debtors to appear before this Court on March 31, 2011 at 11:00 a.m. Upon request of counsel for judgment debtors, Wazhma Aziza Mojaddidi, Esq., DHARIWAL hereby requests a new Order be entered, requiring judgment debtors to appear on a date not earlier than April 21, 2011 at 11:00 a.m.

The undersigned declares under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: February 16, 2011 Respectfully submitted,

/s/ Ryan Metheny
Ryan Metheny
California Anti-SLAPP Project
Counsel for Defendant/Judgment Creditor
SANDEEP DHARIWAL

**ORDER TO APPEAR FOR EXAMINATION**

Having read and reviewed this Application, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

MOSTAFA NOORI, SELAIMAN NOORI, and OMAR ATEBAR, and each of them, are ordered to appear personally before this Court, or before a referee appointed by the Court, to furnish information to aid in the enforcement of the money judgment entered against them, on April 21, 2011 at 11:00 a.m. in Courtroom 26 of the United States District Court for the Eastern District of California, 501 'I' Street, in Sacramento, California 95814. This order may be served by a sheriff, marshal, or registered process server.

DATED: March 25, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;noor0197.exam2

NOTICE TO JUDGMENT DEBTOR: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.