1  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email: bkilday@akk-law.com
2  JOHN A. WHITESIDES, ESQ., SB No. 125611
     Email: jwhitesides@akk-law.com
3  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
     Email: cfrederickson@akk-law.com
4  **ANGELO, KILDAY & KILDUFF**
5  Attorneys at Law
6  601 University Avenue, Suite 150
   Sacramento, CA  95825
7  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
8

9  Attorneys for Defendants CITY OF DAVIS, Det. JEFF BEASLEY, Det. SCOTT SMITH, Det. MIKE MOORE

10

11

12                    **UNITED STATES DISTRICT COURT**

13                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14  MOSTAFA NOORI, SELAIMAN NOORI,  )  Case No.: 2:10-CV-00197-JAM-JFM
15  OMAR ATEBAR,                    )
                                    )  **STIPULATION FOR DISMISSAL OF**
16                 Plaintiffs,      )  **ACTION WITH PREJUDICE AND**
                                    )  **ORDER**
17          vs.                     )
18                                  )
    CITY OF DAVIS; CITY OF DAVIS POLICE )
19  DEPARTMENT; CITY OF DAVIS POLICE    )
    DETECTIVE JEFF BEASLEY; CITY OF     )
20  DAVIS POLICE DETECTIVE SCOTT        )
21  SMITH; CITY OF DAVIS DETECTIVE      )
    MIKE MOORE; BRITTANY CORRALES;      )
22  SANDEEP DHARIWAL, et al.,           )
                                        )
23                 Defendants.          )
24  _____    )

25     The parties, through their respective counsel, hereby stipulate that this matter shall be

26  dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its

27  own costs, including all attorney's fees.

28

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: Nov. 30, 2011 | ANGELO, KILDAY & KILDUFF |
| 2 | | */s/ Bruce A. Kilday* |
| 3 | | By:_____ |
| 4 | | BRUCE A. KILDAY |
|   | | Attorneys for Defendants CITY OF DAVIS, Det. JEFF BEASLEY, Det. SCOTT SMITH, Det. MIKE MOORE |
| 7 | Dated: 11-30-11 | LAW OFFICES OF WAZHMA MOJADDIDI |
| 8 | | |
| 9 | | */s/ Wazhma Mojaddidi* |
|   | | By:_____ |
| 10 | | WAZHMA MOJADDIDI |
|    | | Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

Dated: 12/1/2011         /s/ John A. Mendez_____
                         JOHN A. MENDEZ
                         Judge of the U.S. District Court

-2-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com