BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
JOHN A. WHITESIDES, ESQ., SB No. 125611
  Email: jwhitesides@akk-law.com
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
  Email: cfrederickson@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF DAVIS, Det. JEFF BEASLEY, Det. SCOTT SMITH, Det. MIKE MOORE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA NOORI, SELAIMAN NOORI, OMAR ATEBAR, <br><br>　　　　　　　　　　Plaintiffs, <br><br>vs. <br><br>CITY OF DAVIS; CITY OF DAVIS POLICE DEPARTMENT; CITY OF DAVIS POLICE DETECTIVE JEFF BEASLEY; CITY OF DAVIS POLICE DETECTIVE SCOTT SMITH; CITY OF DAVIS DETECTIVE MIKE MOORE; BRITTANY CORRALES; SANDEEP DHARIWAL, et al., <br><br>　　　　　　　　　　Defendants. | Case No.: 2:10-CV-00197-JAM-JFM <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |

　　　The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: Nov. 30, 2011 | ANGELO, KILDAY & KILDUFF |
| 2 | | */s/ Bruce A. Kilday* |
| 3 | | By:_____ |
| 4 | | BRUCE A. KILDAY |
| | | Attorneys for Defendants CITY OF DAVIS, Det. JEFF BEASLEY, Det. SCOTT SMITH, Det. MIKE MOORE |
| 7 | Dated: 11-30-11 | LAW OFFICES OF WAZHMA MOJADDIDI |
| 8 | | */s/ Wazhma Mojaddidi* |
| 9 | | By:_____ |
| 10 | | WAZHMA MOJADDIDI |
| | | Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

Dated: 12/1/2011         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         Judge of the U.S. District Court

-2-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com